**Order entered May 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00102-CV

## IN RE J. KYLE BASS ET AL., Relators

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06253-C**

## ORDER
Before Justices Schenck, Nowell, and Garcia

Before the Court is relators' March 9, 2021 amended conditional motion to seal Volume 3 of real parties' supplemental mandamus record. The motion is **DENIED**.

Also before the Court is real parties' March 11, 2021 motion objecting to relators' supplemental mandamus record. The motion is **DENIED.**

/s/    DAVID J. SCHENCK
        JUSTICE